IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOLT INITIATIVE, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General of Texas, <br><br> *Defendant.* | Case No.: 1:24-cv-01089 |

## [PROPOSED] PRELIMINARY INJUNCTION

On this date, the Court considered Plaintiff Jolt Initiative's ("Jolt") Motion for a Temporary Restraining Order and Preliminary Injunction against Defendant Ken Paxton, and it clearly appearing from the specific facts set forth in the Motion and supporting documents, that:

1. Jolt has demonstrated a substantial likelihood that it will succeed on the merits of at least one of its claims;

2. Jolt will suffer immediate and irreparable harm if this injunction is not entered;

3. Greater injury will be inflicted upon Jolt by the denial of injunctive relief than would be inflicted upon Defendant by granting such relief; and

4. Such injunctive relief will serve the public interest.

IT IS THEREFORE ORDERED AND DECREED THAT:

1. Plaintiffs' Motion for a Preliminary Injunction is GRANTED;

2. Defendant and his employees, agents, servants, officers, attorneys, and other persons in concert with Defendant, are ENJOINED from taking any steps to enforce the Request to Examine issued by the Attorney General to Jolt on August 30, 2024; and

3. The Court determines that because the Defendant faces no risk of financial harm and the public interest is at stake it will WAIVE any requirement that Plaintiff submit security. *See* Fed. R. Civ. P. 65(c).

SIGNED and ISSUED on _____, 2024 at _____.

_____
UNITED STATES DISTRICT JUDGE