## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| JOLT INITIATIVE, INC.,<br><br>   *Plaintiff,*<br><br> v.<br><br>KEN PAXTON, in his official capacity as<br>Attorney General of Texas,<br><br>   *Defendant.* | Case No.: 1:24-cv-01089-RP |

### DECLARATION OF JOSEPH MEAD

I, Joseph Mead, pursuant to 28 U.S.C. § 1746 declare as follows:

  1.  I am an attorney representing the plaintiff in the above-captioned action.

  2.  Attached as Exhibit A is a post on X (formerly known as Twitter) where a far-right activist confronts a Jolt VDR.  I accessed the post at the following link: https://x.com/hernandoarce/status/1825954284858417608.

  3.  Attached as Exhibit B is a reply to the post, in which an X user wrote: "TARGET PRACTICE."  I accessed the post at the following link: https://x.com/coonass70/status/1826594312765014165?s=12&t=B8V3w_oAF_oaHT0RImpDjg.

  4. Attached as Exhibit C is a post from the same far-right activist saying he is

"continu[ing] my hunt for Marxist Anti American organizations like @JoltAction," along with a reply from an X user that says: I too want to go hunting these scum." I accessed this post and reply at the following link:

https://x.com/1alphaomega66/status/1831680798266626308?s=12&t=B8V3w_oAF_o aHT0RImpDjg.

5.     Attached as Exhibit D is another reply where an X user posts the name and LinkedIn profile of a Jolt Action board member.  I accessed this post at the following link:

https://x.com/jdata17/status/1831509651487387772?s=12&t=B8V3w_oAF_oaHT0RI mpDjg.

6.     Attached as Exhibit E is a post on X claiming that a "massive line of immigrants" was registering to vote outside Texas DMVs.  I accessed the post at the following link: https://x.com/MariaBartiromo/status/1825169849363972404.

7.     On August 21, 2024, the Texas Office of the Attorney General put out a press release.  *See* Press Release, Tex. Office of Att'y Gen., *Attorney General Ken Paxton Launches Investigation into Reports That Organizations May Be Illegally Registering Noncitizens to Vote* (Aug. 21, 2024), https://perma.cc/EF4H-E6PP.  The press release "call[ed] into question the motives of the nonprofit groups" conducting voter registration drives simply because they were located outside Texas Department of Public Safety locations.  The press release further stated that "[a]ny wrongdoing will be punished to the fullest extent of the law," and it listed the maximum penalties for voting or registering to vote if you are ineligible.

8.     The Attorney General's actions triggered additional violent commentary on social media, with people publicly calling for the execution of those involved with nonprofits being investigated.  For example, on Patriots.Win, a user commented: "Start hanging NGO agents as traitors and enemies of the state" to a post about the Attorney General's investigation into organizations doing voter registration drives.  That post is attached as Exhibit F.  I accessed the post at the following link: https://patriots.win/p/17txtLGjt0/-texas-attorney-general-ken-paxt/c/4ZDtR7R5dVn.

9.     In response to a similar post, another Patriots.Win user called for "a public hanging in the public square."  That post is attached as Exhibit G.  I accessed the post at the following link: https://patriots.win/p/17txtLHZAM/texas-ag-paxton-opens-undercover/c/4ZDtR7Vc7CJ.

10.     Another person called for "Firing squad for treasonous NGOs."  That post is attached as Exhibit H.  I accessed the post at the following link: https://patriots.win/p/17txtLHZAM/texas-ag-paxton-opens-undercover/c/4ZDtR7UScHQ.

11.     Other comments were even more specific.  For example, one commentator praising the Attorney General's raid on members of the League of United Latin American Citizens (LULAC) wrote that he wanted LULAC members to "get gunned the fuck down for everyone to see.  Just twitch motherfucker just fucking breathe wrong and be on the receiving end of a mag dump.  Time for these assholes to live in fear."  That post is attached as Exhibit I.  I accessed the post at

the following link: https://patriots.win/p/17ty2krkCO/texas-ag-ken-paxton-launches-ele/c/4ZDtkvrJn7Z.

12.     These supporters of Defendant's actions understood that the goal was intimidation.  Attached as Exhibit J is a post in which a Patriots.Win user said: "The process is the punishment.  Destroy their lives."  I accessed that post at the following link: https://patriots.win/p/17ty2krkCO/texas-ag-ken-paxton-launches-ele/c/4ZDtl0XzIlX.

13.     Attached as Exhibit K is an excerpt from a transcript that I believe to be a true and accurate recording of a proceeding in *In Re Office of the Attorney General of the State of Texas*, No. D-1-GN-24-004200 (Tex. Dist. Ct. Aug. 29, 2024). On pages 34-35, an attorney for the Attorney General tried to introduce into evidence and the public record a document that appears to reveal the bank account information of a nonprofit.  The relevant part of the transcript is copied below:

> MR. MCKENNEY: Well, let me jump to 36, Exhibit double I.  Excuse that, Your Honor.
>
> THE COURT: Those are J's.  You want 36?
>
> MR. MCKENNEY: 35.
>
> THE COURT: Okay.
>
> MR. MCKENNEY: 35 here.
>
> THE COURT: Usually we redact all but a few digits of something like this.
>
> MR. MCKENNEY: Well, Your Honor, this was provided to us by JP Morgan Chase.
>
> THE COURT: Okay, but when we admit exhibits in court or seek to admit exhibits in court that contain critical information like this, like an account number associated with a name, we typically redact all but a few of the digits so that we can still identify it but we aren't putting

in the public record forever a person or organization's private information.

The Court ultimately denied the Attorney General's request to depose the nonprofit as unjustified by state law.

I declare under penalty of perjury that this declaration is true and correct.

Executed on September 20, 2024.

_____

Joseph Mead

**EXHIBIT A**

**To Mead Declaration**



# EXHIBIT B

# To Mead Declaration



**Coonass69**
@coonass70

Follow

TARGET PRACTICE

8:16 AM · 8/22/24 · **41** Views

**EXHIBIT C**

**To Mead Declaration**

**hernando arce** ✔ @hernandoarce · 6d

UPDATE: As I continue my hunt for Marxist Anti American organizations like @JoltAction and @VoterCenter in Texas that are working to steal/defraud the election of 2024.

I returned back to the scene of the crime @TxDPS office in San Antonio Tx to give you an update on the work Show more



💬 62      🔁 785      ♡ 1.3K      📊 15K      🔖      ⬆️

**Mr. Super Angry**    Follow
@1AlphaOmega66

I too want to go hunting these scum.

9:08 AM · 9/5/24 · **12** Views

**EXHIBIT D**

**To Mead Declaration**



**EXHIBIT E**

**To Mead Declaration**



**Maria Bartiromo** ✓
@MariaBartiromo

From a friend …
Friend of mine's wife had to take her 16 yr old son to the DMV this week
for a new license. Couldn't get an online appointment(all full) so went in
person and had to go to 3 DMV's to get something done. First DMV was
in Weatherford. Had a massive line of immigrants getting licenses and
had a tent and table outside the front door of the DMV registering them
to vote! Second one was in Fort Worth with same lines and same Dems
out front. Third one was in North Fort Worth had no lines but had same
voter registration drive.

9:56 AM · Aug 18, 2024 · **2.3M** Views

**13.3K** Reposts   **1,864** Quotes   **22.1K** Likes   **1,320** Bookmarks

**EXHIBIT F**

**To Mead Declaration**

 POTUS_DonnieJ  1 points  30 days ago

Start hanging NGO agents as traitors and enemies of the state.

permalink  award  deport  block  reply

**EXHIBIT G**

**To Mead Declaration**



sixfingerdildo  3 points  30 days ago

And by win, we want a public hanging in the public square. And x.

permalink  award  deport  block  reply

**EXHIBIT H**

**To Mead Declaration**



**EXHIBIT I**

**To Mead Declaration**



Datamancer  26 points  22 days ago

Light them the fuck up. I so fucking want one of these dems to resist and get gunned the fuck down for everyone to see. Just twitch motherfucker just fucking breathe wrong and be on the receiving end of a mag dump.

Time for these assholes to live in fear.

# EXHIBIT J

# To Mead Declaration

 Cuck_Slayer24  1 points  21 days ago
Finally fucking someone somewhere starts putting the screws to these commie fucks. The process is the punishment. Destroy their lives.
permalink  award  deport  block  reply

**EXHIBIT K**

**To Mead Declaration**

```
 1                    REPORTER'S RECORD
                     VOLUME 1 OF 1 VOLUME
 2            TRIAL COURT CAUSE NO. D-1-GN-24-004200

 3

 4   IN RE OFFICE OF THE        )  IN THE DISTRICT COURT
     ATTORNEY GENERAL OF THE    )
 5   STATE OF TEXAS,            )
                                )
 6        Petitioner            )
                                )  TRAVIS COUNTY, TEXAS
 7   VS.                        )
                                )
 8   TEAM BROWNSVILLE, INC.,    )
                                )
 9        Respondent            )
                                )  200TH JUDICIAL DISTRICT
10

11

12   ------------------------------------------------

13        RULE 202 PETITION TO TAKE DEPOSITION

14   ------------------------------------------------

15

16            On the 29th day of August, 2024, the

17   following proceedings came on to be heard in the

18   above-entitled and numbered cause before the Honorable

19   Maya Guerra Gamble, Judge presiding, held in Austin,

20   Travis County, Texas;

21                Proceedings reported by machine shorthand.

22

23

24

25
```

1 that I didn't know about before, but I haven't heard

2 anything to tell me that this organization might be

3 breaking the law.  And I --

4                MR. MCKENNEY:  Yes.

5                THE COURT:  -- I'm looking at the rule.

6                MR. MCKENNEY:  Right.

7                THE COURT:  You don't get it just because

8 you ask for it.

9                MR. MCKENNEY:  Of course.  But this is key

10 to -- we're getting to the why there are potential

11 violations of the law.

12                THE COURT:  Well, I don't think they --

13 well, you've got 20 minutes.  I'm not admitting 8 and 9.

14 I don't know what they are exactly, I don't know what

15 USAspending.Gov. is, you haven't really tied it

16 together.

17                MR. MCKENNEY:  Well, let me jump to 36,

18 Exhibit double I.  Excuse that, Your Honor.

19                THE COURT:  Those are J's.  You want 36?

20                MR. MCKENNEY:  35.

21                THE COURT:  Okay.

22                MR. MCKENNEY:  35 here.

23                THE COURT:  Usually we redact all but a

24 few digits of something like this.

25                MR. MCKENNEY:  Well, Your Honor, this was

1    provided to us by JP Morgan Chase.

2                    THE COURT:  Okay, but when we admit

3    exhibits in court or seek to admit exhibits in court

4    that contain critical information like this, like an

5    account number associated with a name, we typically

6    redact all but a few of the digits so that we can still

7    identify it but we aren't putting in the public record

8    forever a person or organization's private information.

9                    MR. MCKENNEY:  I understand that.  So, we

10   can resubmit it.

11                   MR. BURGER:  And, judge, these records

12   were obtained surreptitiously from my client.

13                   MR. MCKENNEY:  No.

14                   MR. BURGER:  Somehow -- may I finish, sir?

15                   THE COURT:  Okay, direct at me, please.

16                   And also please don't interrupt.  I have

17   given you every opportunity to make your argument and to

18   respond to any objections.  Professionals don't

19   interrupt each other.

20                   Finish your statement, please.

21                   MR. BURGER:  Apologize, Your Honor.

22                   The first time we saw these documents was

23   two days ago, when they were emailed to us by counsel.

24   We were not aware that apparently they issued a subpoena

25   to JP Morgan Chase, under what cause number I do not

```
 1    know, because the -- it appears that it pre-dates this
 2    lawsuit.  We were not given notice under the Finance
 3    Code, we are not given an opportunity to object to the
 4    production of our private financial records.
 5              I don't know how it happened, I haven't
 6    seen the subpoena.  I object to all of this as violation
 7    of our due process rights, violation of Finance Code
 8    59.006, which necessarily requires notice of any
 9    custodian of a record of an account to be provided
10    notice.  We weren't given any of it.
11              MR. MCKENNEY:  May I?
12              THE COURT:  You may.
13              MR. MCKENNEY:  I'm not aware of the
14    provision he's referring to, and if we had it we can
15    talk about it, maybe it would be relevant, but otherwise
16    we came prepared.  I'm not -- this was obtained through
17    administrative subpoena of JP Morgan Chase.  It's
18    completely consistent that it occurred before the filing
19    of this petition, Your Honor, because we are in the
20    process of conducting an investigation.  The information
21    obtained from JP Morgan Chase allows to provide us
22    information that gave us a basis to proceed to petition.
23              THE COURT:  How about we do it this way,
24    why don't you point me to the law that lets the Texas
25    Attorney General go with an administrative subpoena and
```

1   get information like this without notification to the

2   account holder.

3                    MR. MCKENNEY:  I'm happy to.  12.152, 3,

4   and 4 of the Texas Business Organizations Code.

5                    THE COURT:  You're going to have to do

6   that again.  I don't think I have that.

7                    MR. MCKENNEY:  12.152 through 154 of the

8   Texas Business Organizations Code.  The statute

9   authorizes the service of request to examine

10  information, and that is what was served upon JP Morgan

11  Chase and they complied with it.  There's nothing in

12  that statute about notice to account holders.  It's a

13  general investigatory statute that relates to the first

14  statute I showed up on the screen authorizing

15  investigations into the conduct of organizations

16  registered in Texas.

17                    MR. BURGER:  May I, judge?

18                    THE COURT:  So, this statute gives power

19  to the Secretary of State.  Are you saying the Secretary

20  of State issued this or the Attorney General did?

21                    MR. MCKENNEY:  The statute gives power to

22  the Attorney General, Your Honor, to investigate.  And

23  as part of the investigatory powers, there's a section,

24  I think it's 12.153, that says we can seek records --

25                    THE COURT:  Okay.  Can I talk?

```
 1                    MR. MCKENNEY:  -- with respect --
 2                    THE COURT:  Chapter 12, Administrative
 3   Powers, subchapter (a), Secretary of State.
 4   Section 12.001, authority of Secretary of State, right?
 5   So, I'm just reading the -- I'm just reading this right
 6   now for the first time, so just let me read it.
 7                    Section 12.002, interrogatories by the
 8   Secretary of State.
 9                    Then 03 deals with that information; 004,
10   appeals from Secretary of State, and it references
11   something called filing instrument.  I'm not a hundred
12   percent sure what that is.  5 is a fee waiver for
13   veteran-owned businesses.  I'm --
14                    MR. MCKENNEY:  Your Honor, it's subchapter
15   (b), Attorney General.
16                    THE COURT:  I'm working my way down there.
17                    MR. MCKENNEY:  Okay.
18                    THE COURT:  Subchapter (b), all right,
19   Attorney General.  12.151.  Authority of attorney
20   general to examine books and records.
21                    Each filing entity -- what is a filing
22   entity?
23                    MR. MCKENNEY:  An entity that files to
24   transact business in Texas.
25                    THE COURT:  Okay.  Shall permit the
```

```
 1   Attorney General to inspect, da-da-da-da-da.
 2                   MR. MCKENNEY:  And that's the provision,
 3   Your Honor.
 4                   THE COURT:  Uh-huh.  Inspect.  It's an
 5   inspection statute.
 6                   THE COURT:  Okay.  And they produce
 7   documents in lieu of inspection.
 8                   THE COURT:  Includes minutes in a book,
 9   account, um.
10                   MR. BURGER:  The more specific statute,
11   judge, is Finance Code 59.006, that says, This section
12   provides the exclusive method for compelled discovery of
13   a record of a financial institution relating to one or
14   more customers but does not create a right of privacy in
15   a record.  And that's --
16                   THE COURT:  What chapter was it?
17                   MR. BURGER:  It's 59.006.
18                   This is the way you get --
19                   THE COURT:  Right.  Because the problem
20   I'm having --
21                   MR. BURGER:  -- records from a financial
22   institution.
23                   THE COURT:  -- with the business org. that
24   you sent me to --
25                   MR. BURGER:  You don't need to admit a
```

```
 1   statute --
 2                THE COURT:  Okay, stop talking to each
 3   other.  I do not want you to say another word to each
 4   other, do you understand?
 5                MR. BURGER:  Yes, Your Honor.
 6                THE COURT:  Do you understand?
 7                MR. MCKENNEY:  Yes, Your Honor.
 8                THE COURT:  Okay.  In court it all comes
 9   one direction.
10                The problem I'm having with Government
11   Code Section 12 is that it appears to be a mechanism for
12   the Attorney General to get information from a filing
13   entity about that filing entity.  It does not appear to
14   allow the Attorney General to get information about
15   partners of that filing entity.  Do you see what I'm
16   worried about?
17                MR. MCKENNEY:  I understand the
18   distinction Your Honor is making.
19                THE COURT:  And Texas Finance Code 59.006
20   does say, this section provides the exclusive method for
21   compelled discovery of a record of a financial
22   institution relating to one or more customers, which is
23   exactly what we're talking about right here.  Yes?
24                MR. MCKENNEY:  I'm not sure about that.  I
25   don't have the provision in front of me.
```