IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOLT INITIATIVE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-1089-RP |
| KEN PAXTON, *in his official capacity as Attorney General of Texas*, | § § § § | |
| Defendant. | § § | |

## ORDER

On October 24, 2024, this Court granted the parties' agreed motion to stay proceedings pending this Court's decision in *Spirit Aerosystems, Inc. v. Paxton*, Cause No. 24-cv-472, and any subsequent appeals of that matter. (Text Order, 10/24/2025). On July 17, 2025, the Fifth Circuit issued its judgment in that case. (Cause No. 24-cv-472, Dkt. 75).

Accordingly, **IT IS ORDERED** that the stay is **LIFTED**. **IT IS FURTHER ORDERED** that the parties shall file a joint status report for further proceedings consistent with the Fifth Circuit's opinion, including whether the parties require resolution of the Amended Motion for a Preliminary Injunction, (Dkt. 15), Motion to Dismiss, (Dkt. 19), and Motion for Leave to File an Amicus Brief, (Dkt. 22), on or before **August 6, 2025**.

**SIGNED** on July 23, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE