IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JOLT INITIATIVE, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>*Defendant*. | Case No.: 1:24-cv-01089-RP |

**JOINT STIPULATION OF DISMISSAL**

This case concerns Defendant Attorney General Ken Paxton's issuance of a Request to Examine (RTE) to Plaintiff Jolt Initiative, Inc. (Jolt), demanding information including the names of Volunteer Deputy Registrars who work with Jolt and voters registered by them.

As the parties previously reported, the Attorney General has withdrawn that RTE. *See* Dkt. 33. On September 19, 2025, counsel for the Attorney General conveyed that "the State of Texas does not have an intention to re-issue the [RTE] regarding the subject matter of the previously served RTE that involves volunteer deputy registrars."

Based on that representation, the parties agree to a joint stipulation of dismissal under Rule 41 of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(a)(1)(A)(ii). This dismissal is without prejudice. Each side will bear its own costs.

The parties submit this joint stipulation of dismissal in lieu of the joint status report requested in this Court's August 7, 2025, order.

Respectfully submitted this September 22, 2025,

| | |
|---|---|
| */s/ Joaquin Gonzales* | */s/ Ian Bergstrom* |
| Joaquin Gonzalez | Ian Bergstrom, Esq. |
| Texas Bar No. 24091906 | Assistant Attorney General |
| mmarziani@msgpllc.com | Attorney for Texas |
| Mimi Marziani | Office of the Texas Attorney General – |
| Texas Bar No. 24109935 | Consumer Protection Division |
| jgonzalez@msgpllc.com | Texas Bar No.: 24145952 |
| MARZIANI, STEVENS & | New York Bar No.: 5714068 |
| GONZALEZ PLLC | Ian.Bergstrom@OAG.Texas.Gov |
| 1533 Austin Highway | 512-475-3042 |
| Suite 102-402 | |
| San Antonio, TX 78218 | *Attorney for Defendant* |
| Phone: (210) 343-5604 | |

Jonathan L. Backer*
Mary B. McCord*
Joseph Mead*
William Powell*
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY & PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
Phone: (202) 662-9042
mbm7@georgetown.edu
jm3468@georgetown.edu

*Attorneys for Plaintiff*

**Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 22, 2025, I electronically filed and served the foregoing using the Court's CM/ECF system.

/s/ Mimi Marziani
Mimi Marziani
